AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

PETER EVERETT,

*Plaintiff*

v.

THE CITY OF NEW YORK, NYPD, P.O. CHRISTOPHER WALSH and JOHN DOE,

*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
THE CITY OF NEW YORK
c/o Corporation Counsel
100 Church Street
New York, NY 10007

NYPD
c/o Corporation Counsel
100 Church Street
New York, NY 10007

P.O. CHRISTOPHER WALSH
75th-1000 Sutter Avenue
Brooklyn, NY 11208

P.O. JOHN DOE
75th-1000 Sutter Avenue
Brooklyn, NY 11208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert J. Di Gianni Jr., Esq.
Attorney for Plaintiff
159 20th Street, Suite 1B-20
Brooklyn, New York 11232
(718) 245-6980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/13/2015

*Signature of Clerk or Deputy Clerk*